AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

Brian Dornellas as Trustee of the Shelly
Collins Revocable Trust and as
Guardian for Jennifer Ann Stovall,

             Plaintiff,

   v.

George Anthony Schmidt,

             Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-02062-GMN-DJA

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Plaintiff Brian Dornellas as Trustee of the Shelly Collins Revocable Living Trust and as Guardian for Jennifer Ann Stovall, and against Defendant George Anthony Schmidt in the amount of $525,000.

5/10/2022  
Date

DEBRA K. KEMPI  
Clerk

/s/ Y. Williams  
Deputy Clerk